**Entered on Docket
March 09, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities
Corporation, Mortgage Pass-Through Certificates, Series 2007-4
09-77717

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-30456-MKN |
| Michael Ager | Date: January 6, 2010 |
| | Time: 1:30 p.m. |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay in the above-entitled bankruptcy proceedings, insofar as it applies to the Debtor's bankruptcy estate, is immediately vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-4, its assignees and/or successors in interest, of the subject property, generally described as 9500 Borgata Bay Blvd, Las Vegas, NV 89147, and legally described as follows:

> All that certain real property situated in the County of Clark, State of Nevada, described as follows:
>
> Parcel I:
> Lot Thirty-Five (35) in Block Two (2) of FOOTHILLS SUBDIVISION UNIT 1, as shown by map thereof on file in Book 71 of Plats, Page 45 in the Office of the County Recorder, Clark County, Nevada.
>
> Parcel II:
> A non-exclusive easement for ingress/egress use and enjoyment over those portions of said map delineated as "Private Streets/P.U.E." Common Elements as shown by map on file in Book 71 of Plats, Page 45 and further described in that certain Declaration of Covenants, Conditions, Restrictions recorded February 12, 1996 in Book 960212 as Document No. 00117, in the Office of the County Recorder, Clark County, Nevada.
> Assessor's Parcel Number: 163-18-710-034

IT IS FURTHER ORDERED that the automatic stay in the above-entitled bankruptcy proceedings, insofar as it applies to the Debtor, is immediately vacated and extinguished for the purpose of negotiating and entering into a loan modification for which terms are agreed upon between Debtor and Secured Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-4, its assignees and/or successors in interest.

///

IT IS FURTHER ORDERED that the automatic stay in the above-entitled bankruptcy proceedings, insofar as it applies to the Debtor, shall be vacated and extinguished in its entirety for all purposes as to Secured Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-4, its assignees and/or successors in interest herein in full upon the Debtor receiving a discharge in this bankruptcy case.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Secured Creditor shall give Debtor and Trustee at least five business days' notice of the time, place, and date of sale.**

DATED this _____ day of _____ 2010.

Submitted by:

**WILDE & ASSOCIATES**

By:___/s/Gregory L. Wilde, Esq____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107


APPROVED / DISAPPROVED

By:_____
Samuel A. Schwartz
626 S. Third St.
Las Vegas, NV 89101
Attorney for Debtor(s)


APPROVED / DISAPPROVED

By:_____
Timothy S. Cory
8831 West Sahara Ave.
Las Vegas, NV 89117
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
　　___ The court waived the requirements of LR 9021.
　　___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
　　___ No parties appeared or filed written objections, and the trustee is the movant.
　　_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
　　___ approved the form of this order　　　___ disapproved the form of this order
　　___ waived the right to review the order and/or　_x_ failed to respond to the document
　　___ appeared at the hearing, waived the right to review the order
　　___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
　　___ approved the form of this order　　　___ disapproved the form of this order
　　___ waived the right to review the order and/or　_x_ failed to respond to the document

　　___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
　　___ approved the form of this order　　　___ disapproved the form of this order
　　___ waived the right to review the order and/or　___ failed to respond to the document
　　___ appeared at the hearing, waived the right to review the order
　　___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
　　___ approved the form of this order　　　___ disapproved the form of this order
　　___ waived the right to review the order and/or　___ failed to respond to the document

　　___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
　/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor